# ATTACHMENT A

# School District of Pittsburgh

## Section 504 Plan / Chapter 15 Service Agreement

**Student Name:** _____ Jordan Milmaster _____

**Date Services Begin:** _____ 4/29/2016 _____

**Date Services End:** _____ 4/28/2019 _____

**Phone:** _____ 724-554-4157 _____

**Initial Agreement:** _____ 4/29/2016 _____

**Date of Birth:** _____ 7/27/2009 _____

**Parent/Guardian:** _____ Joy Braunstein _____

**Address:** _____ 6640 Rosemoor St _____
_____ Pittsburgh PA 15217 _____

**Modified Agreement:** _____

**Student's Disability and Diagnosis (list all):** _____ Tourettes' Syndrome and ADHD diagnosed by Dr. James Romberger _____

**The aids, services and/or accommodations are as follows:**

**Instructional:**

Spelling Test are to be given orally. Jordan will be asked to repeat instructions to check for understanding. He should be given one step directions. Lengthy writing assignments will be scribed. Homework assignments will be chunked, teacher will specify what work must be completed to check for understanding.

**Environmental/ Accessibility:**

The classroom will be maintain order and routines to lessen anxiety. He will utilize a quiet space in the school to take tests. A peer support team will be identified to help with his tics. He should be the first student in line during transitions. He should have a safe haven within the school.

**Behavioral/Social:**

Jordan will not be told to stop ticking. Students and staff will ignore the tics. When he experincing a mental tic, directions should be repeated once he is done with the mental tic.

**Assessment/Testing:**

All assessments must be given in a quiet space. Lengthy assessments will be chunked. Give one sheet at a time, so he is not overwhelmed by the number of pages. Spelling tests will be given orally. Lengthy writing assessments will be scribed.

(Please complete chart of aids, services and/or accommodations and person responsible on next page)

Revised: August 15, 2014



Participants – the individuals whose signatures appear below developed the accommodation plan:

| Print Name | Title | Signature |
|---|---|---|
| Joy Braunstein | Mother | |
| Rachel Lewis | Consultant | |
| Elyse Thimmons | Teacher | *Elyse Thimmons* |
| Cherise Mann | Social Worker | |
| Kellie Meyer | Principal | *Kellie Meyer* |
| Angela Minahan | Coach | *A. M. Min* |
| Jennifer Salzmann | PSE Teacher | *Jennifer Salzmann* |

**DIRECTIONS:** Please check one of the options and sign this form.

☑ I agree and give permission to proceed as recommended.

☐ I do not agree and do not give permission to proceed as recommended.

☐ I would like to schedule an informal conference to discuss my concerns.


My reason for disapproval is: _____

_____


I have received a copy of the *Procedural Safeguards Notice*.


_____          5/3/16
Parent or Guardian Signature                      Date
                                                    _____


Revised:  August 15, 2014

# ATTACHMENT B

The School District of Pittsburgh
## PRIOR WRITTEN NOTICE FOR INITIAL EVALUATION AND REQUEST FOR CONSENT FORM
**School Age**

Child's Name: **Jordan Z Milmaster**

Date Sent (mm/dd/yy): **4/28/2016**

Name and Address of Parent/Guardian/Surrogate:

**MARK MILMASTER**

**6640 ROSEMOOR ST**

**PITTSBURGH, PA 15217**

*For School(LEA) Use Only:*
Date of Receipt of Prior Written Notice/Consent Form

**4/29/16**

☐ Letter Not Returned

Dear **MARK MILMASTER :**

**The first step in the special education process is to conduct an initial individual evaluation of your child, which will consist of a variety of tests and assessments, provided at no cost to you. The school (LEA) must issue this form to provide prior written notice and obtain written consent from you before evaluating your child's need for special education services.**

**The school (LEA) proposes to complete the following action to determine if your child is eligible for special education and related services. If you have questions, please feel free to discuss them with the school (LEA).**

| | | | |
|---|---|---|---|
| School (LEA) Contact | Cherise Mann | Email | cmann2@pghboe.net |
| Position | Social Worker | Phone | 412-529-2024 |

## TYPE OF ACTION PROPOSED:

☐ **The school (LEA) proposes to conduct an initial evaluation. (Parental Consent Required)**

1. EXPLANATION OF WHY THE EVALUATION IS PROPOSED:

He is reading below grade level despite interventions. Jordan reads slowly with some accuracy. He often attempts to sound works out but also guesses frequently based on the initial sound. He has made improvements in reading in that he no longer needs to sound out every word but continues to struggle with high-frequency and unfamiliar words. This affects his comprehension, writing, and general work in the classroom. Jordan often does not attempt to independently answer questions posed to him in his work and will immediately come to a teacher for help before trying the work on his own. He very often misses instructions and does not know what he should be doing. Jordan often does not utilize strategies that have been taught and reviewed throughout the year that would help him to work as an independent learner. He also needs to have lessons repeated several times before reaching consistent understanding. Jordan exhibits very little self-control in class when he is not working directly with a teacher.

Jordan was diagnosed with Tourettes Syndrome and they are in the process of ruling out ADHD.

2. DESCRIPTION OF THE DATA USED AS BASIS FOR PROPOSED EVALUATION (INCLUDING EACH EVALUATION PROCEDURE, ASSESSMENT, RECORD OR REPORT USED AS BASIS FOR THIS PROPOSED INITIAL EVALUATION):

Jordan Z Milmaster                                                                                      7/27/2009

Jordan receives individual and small group instruction whenever possible. He is given preferential seating while in lessons as well as when working at tables. He attends RTI 4 days a week. Jordan also has a behavior plan that is sent home daily to his parents. This plan focuses on completing his work and maintaining appropriate behavior in the classroom. There are no incentives based on the plan at school but it is meant to serve more as a communication tool between Jordan's parents and myself.

**Summary of Existing Data:**

Jordan's fall DIBELS were as follows:
LNF- 35
PSF-42
CLS- 19
WWR- 0

Jordan's Winter DIBELS were as follows:
CLS- 51
WWR-17

DORF:
Words Correct- 15
Errors- 3

3. DESCRIPTION OF OTHER FACTORS RELEVANT TO THIS PROPOSED INITIAL EVALUATION:

Jordan was diagnosed with Mild Tourette's syndrome by Dr. James Romberger.

4. OTHER OPTIONS CONSIDERED RELEVANT TO THIS PROPOSED INITIAL EVALUATION AND WHY THE OTHER OPTIONS WERE REJECTED:

| Options Considered | Reason for Rejection |
|---|---|
| Remain in regular education classes with no modifications or accomodations. | Jordan's grades are falling and he has a diagnosis of Tourette's Syndrome. |

During the evaluation, information will be collected in the areas described below. This information will directly assist the team in determining:
- whether your child is a child with disability;
- the educational needs of your child;
- the present levels of academic achievement;
- functional performance of your child; and
- whether your child needs special education and related services.

THE PROPOSED EVALUATION WILL CONSIST OF THE FOLLOWING TYPES OF TESTS AND ASSESSMENTS:

Review of Records
Intellectual testing
Achievement Testing
Behavior Rating Scales

Jordan Z Milmaster                                                                        7/27/2009

## PARENTAL CONSENT FOR AN INITIAL SPECIAL EDUCATION EVALUATION

In order for the proposed evaluation to begin, the school (LEA) must have your consent. Without your written consent, the school (LEA) cannot proceed with the proposed evaluation unless ordered by a hearing officer through a due process hearing. Without consent, the school (LEA) may proceed to due process hearing; however, it is not obligated to do so. If you do not provide written consent and the school (LEA) does not proceed to due process hearing, the evaluation for special education will not be conducted.

Upon receipt of parent consent, an evaluation team will conduct the evaluation. Information from all team members will be considered during the evaluation process. As the parent(s), you are a key member of the team. Information you provide is important to the team. Please send your ideas and concerns in writing to the contact person listed below, or contact them at the number provided if you would prefer to talk with someone directly. If an evaluation team meeting is held, you will be invited. Evaluation team meetings are not required.

The evaluation team will determine whether your child needs specially designed instruction because of a disability and is eligible for special education and related services. The results of the evaluation will be included in an Evaluation Report (ER). If your child is determined to be eligible for special education, you will be invited to participate in developing an Individualized Education Program (IEP) that will include special education and related services your child requires in order to receive educational benefit.

## TIMELINE FOR AN INITIAL SPECIAL EDUCATION EVALUATION

The Evaluation Report (ER) must be completed and a copy of the ER must be given to you no later than 60 calendar days after the school (LEA) has received your written consent for the evaluation. This 60 calendar day timeline does not include the summer break. Giving your consent for an evaluation does not mean you give consent for your child to receive special education and related services. If your child is eligible for special education, you will be asked to provide written consent for the initial provision of special education services following the development of the IEP.

Please read the enclosed Procedural Safeguards Notice that explains your rights, and includes state and local advocacy organizations that are available to help you understand your rights and how the special education process works.

**Keep a copy of this form for your records.**

**DIRECTIONS FOR PARENT/GUARDIAN:** Consent for an initial evaluation is voluntary. Please consider the following options:

1.  ☐  I would like to schedule an informal meeting with school (LEA) personnel to discuss this action.
2.  ☑  I give consent to the proposed initial evaluation.
3.  ☐  I do not give consent to the proposed initial evaluation.***

***If you selected option 3, you may request an informal meeting with school (LEA) personnel, mediation, or a due process hearing:

> I would like to request:
>
> ☐ Informal Meeting with School (LEA) Personnel
> ☐ Mediation**
> ☐ Due Process Hearing**

**To initiate mediation or a due process hearing, as a parent you must submit your request to the Office for Dispute Resolution (ODR). To learn more about this process, contact the Special Education ConsultLine at 800-879-2301 or visit the ODR website at www.odr-pa.org.

I object to the proposed evaluation and my reason is (not required):

Jordan Z Milmaster                                                                        7/27/2009

SIGN HERE: _____    _4/29/16_    _724-554-4157_
Parent/Guardian/Surrogate Signature         Date (mm/dd/yy)          Daytime Phone

**PLEASE RETURN THIS ENTIRE FORM TO:**

Name: Cherise Mann
_____

Address: 201 S. Graham Street
Pittsburgh, PA 15206
_____

For help in understanding this form, an annotated *Prior Written Notice for Evaluation and Request for Consent Form* is available on the PaTTAN website at www.pattan.net Once on the PaTTAN home page, select the Legal tab, then select Forms, and then Annotated Forms. If you do not have access to the Internet, call PaTTAN at 800-441-3215 to request the annotated form in print or the Special Education ConsultLine at 800-879-2301.

Permission to Evaluate - Consent 2015                                           Page 4 of 4

# ATTACHMENT C

The School District of Pittsburgh

# EVALUATION REPORT (ER)

School Age

| | |
|---|---|
| Student Name: | Jordan Z Milmaster |
| Date of Report(mm/dd/yyyy): | 6/10/2016    Date Report Provided to Parent/Guardian/Surrogate: 6/10/2016 |
| Student Birth Date: | 7/27/2009    Age: 6    Grade: 1st |
| Local Education Agency (LEA): | The School District of Pittsburgh |
| School Student is Attending: | Montessori PreK-5 |
| Current Educational Program: | Regular Education |
| County of Residence: | |

Name and Address of Parent/Guardian/Surrogate:

MARK MILMASTER

6640 ROSEMOOR ST

PITTSBURGH, PA 15217

Phone(Home): 4129831762
Phone(Work): (724) 554-4157
Phone(Cell):

Email(Home):
Email(Work):

Name and Address of Parent/Guardian/Surrogate:

Mark Milmaster

6326 Burchfield Ave

PITTSBURGH, PA 15217

Phone(Home): 4129831762
Phone(Work):
Phone(Cell):

Email(Home):
Email(Work):

Other Information:

Complete Sections 1 through 6 for all students.
If determining eligibility for Specific Learning Disability (SLD), the SLD component near the end of this document must be completed and used to complete Sections 5 and 6.

## 1. REASON(S) FOR REFERRAL:

Jordan is a six year old, first grade student who was referred for this evaluation by his parents due to academic and behavioral difficulty. His parents are concerned that his grades have declined significantly over the course of the school year. He was recently diagnosed with Attention Deficit Hyperactivity Disorder and Tourette Syndrome.

A review of his grade history is as follows:

| | 1st Grade Q1 | 1st Grade Q2 | 1st Grade Q3 | 1st Grade Q4 *grade as of 6/7 |
|---|---|---|---|---|
| Math | A | C | B | B |
| Reading | C | D | C | C |
| Spelling | C | E | D | C |



Jordan Z. Milmaster                                                          7/27/2009

**2. SOURCES OF EVALUATION DATA** - In interpreting evaluation data, the school must draw upon a variety of data sources, including those listed below, and carefully consider the information obtained. Document the information obtained from the sources below.

A. Evaluations and information provided by the parent of the student (or documentation of LEA's attempts to obtain parental input):

Dr. James Romberger, Pediatrician stated, " Other medical conditions which may be contributing to Jordan's difficulties are dyslexia or anxiety or both." He also informed us that Jordan was evaluated by Robin Filipink, MD, a child neurologist at Children's Hospital of Pittsburgh.

*ruled out anxiety*

Jordan was diagnosed with ADHD combined type, and Tourette Syndrome by Dr. Rhomberger.

B. Observations - Include teacher observations and observations by related services providers, when appropriate:

Teacher observation:

Jordan is a bright child who is very kind to others. He is open to work with others and has a desire to make friends with his peers in class. Jordan is very excitable, active, impulsive, and easy to influence in negative ways. He has a very hard time remaining still and often runs through the room, falls, jumps off of objects, and rolls on the ground. He often says inappropriate things either out loud or privately to other students. Jordan speaks loudly and in very close proximity to both adults and children. He often blurts out answers, responses, noises, and thoughts without raising his hand. Jordan has difficulties keeping his hands to himself and touches or chases others daily.

Jordan works best with one on one instruction in which a teacher can break instructions and lessons into small chunks and check frequently for understanding. During group instruction, he demonstrates difficulty in focusing, maintaining sustained attention on the teacher, and following directions. He often does not recall follow-up instructions/assignments and needs frequent reminder lessons. He is not able to complete much classwork at an independent level and when left to work on his own, will often not do the assignment, not complete it, or do it incorrectly.

Jordan reads at a below basic level according to the DIBELS assessment. He has difficulty transcribing as well as with small motor skills. He continues to have frequent letter and number reversals, although this is still within developmental limits. He performs at an average level in math but needs frequent review of the lessons.

Jordan is very interested in science and history. He knows many facts about subjects in both of these areas and likes to share these facts with others. When he finds a topic of interest, he often stays very focused on that topic for some time.

Jordan has difficulty making friends in the classroom because some have reached their peak level of tolerance for some of his behaviors (touching them, chasing, etc.). He wants to have friends but he lacks the social skills necessary to make and maintain friendships in an appropriate manner. He enjoys working as part of a group but often does not contribute equally and needs reminded to participate. He works best with his peers in his own grade level and is often paired with them for group assignments.

School psychologist observation:

Jordan was observed during large group instruction in his classroom while the class was listening to a chapter book. Jordan was observed to lay down on the carpet by another child while listening to the story. When the teacher stopped reading to address a behavioral concern of another student, Jordan began making snoring noises. Once she began talking/reading again, Jordan was again quiet. He was observed to roll around on the carpet and pick his nose in a perseverative manner. He then rolled over and looked away from his teacher. Jordan was not observed to visually attend to, nor participate in the discussion regarding the chapters read. When his teacher asked him to sit up, he complied immediately, although quickly returned to his laying down position. When the teacher asked for volunteers to share about their weekend, Jordan did not raise his hand. Instead, he continued to roll around on the floor and rub his eyes. He was given another prompt to sit up, and he again complied immediately. He was observed to stare out the window while the teacher read, but was able to correctly answer a question about the chapter when his teacher asked. When the class transitioned to learning rounds, Jordan was observed to take a long amount of time getting his materials ready. He returned to the classroom with an ipad, but instead of beginning his work, Jordan went to talk to his teacher about his new shoes. He was observed to sit and begin his work. While listening to a story on the ipad, Jordan was observed to attend appropriately.

He was then observed on another day during a special activity (move-up day). The class was participating in a very active group activity of developing marble tracks out of pool noodles. Jordan actively participated in the group learning activity. While he did appear to be constantly moving, he was observed to talk to the others in his group, share materials, and wait his turn to send a marble down their track. He followed instructions to clean up materials and then followed instructions to watch the other group's presentations. He was on task for the entire observation. When the classroom was involved in a major transition (one grade level leaving the room and another reentering) Jordan was observed to jump in the air and land harshly on the ground repeatedly, while making noises as he fell (as if he were falling from the sky). When the class reconvened, he needed redirection to sit instead of lay on the ground.

Jordan was also observed throughout multiple testing sessions. He transitioned easily and answered conversations questions using very brief answers. He initially was quite shy and did not reciprocate when attempts were made to engage in conversation. He engaged in minimal eye contact. However, once rapport was established, Jordan engaged in conversation, eye contact, and interacted appropriately. During the initial testing session, Jordan was observed to engage in possible, mild tic behaviors during the evaluation, including two occasions of clearing his throat and one occasion of blowing air quickly out of his nose. During the second session, however, more notable behaviors were seen. Specifically, Jordan was observed to bite his t-shirt and repeatedly engage in a vocal/nasal tic. No other impulsive behaviors were observed during the testing sessions, and these observed behaviors did not appear to impede his participation in testing. Jordan's attention to task, compliance, and motivation to complete tasks to the best of his ability were more than adequate for testing purposes. The testing was conducted under standard conditions and the results are considered to be valid estimates of his current levels of aptitude and achievement.

C. Recommendations by teachers:

Jordan would continue to benefit from the RTI group-Word Building, oral spelling tests, ability to dictate to a teacher for written assignments, small group and one on one instruction, preferential seating, extended time to complete assignments and tests, opportunities for social skills teaching when difficult situations arise, and reminders of classroom instructions and rules.

D. The student's physical condition (include health, vision, hearing; social or cultural background; and adaptive behavior relevant to the student's suspected disability and potential need for special education:

Jordan is a healthy child, whose vision and hearing are within normal limits.  He was recently diagnosed with Tourette Syndrome and ADHD.

E. Assessments - Include, when appropriate, current classroom based assessments; aptitude and achievement tests; local and/or state assessments; behavioral assessments; vocational technical education assessment results; interests, preferences, aptitudes (for secondary transition); etc.:

Teacher information:

On DIBELS, Jordan's nonsense word fluency increased from basic to proficient by the end of the year. His oral reading fluency remained at below basic from the middle of the year assessment to the end of the year assessment.

Jordan's spelling scores have increased this semester once the oral spelling tests were put into place.

SUMMARY OF FINDINGS/INTERPRETATION OF PSYCHOLOGICAL EVALUATION RESULTS:

Jordan was administered the Wechsler Intelligence Scale for Children-Fifth Edition (WISC-V) and the Wechsler Individual Achievement Test-Third Edition (WIAT-III) to obtain present levels of cognitive and academic functioning. Behavior rating scales, observations, and teacher and parent input were collected to obtain information regarding behaviors of concern. The testing was conducted under standard conditions and the results appear to be indicative of Jordan's current cognitive ability and achievement levels.

COGNITIVE ASSESSMENT:

Wechsler Intelligence Scale for Children – Fifth Edition (WISC-V)

Jordan Z Milmaster                                                              7/27/2009

Scores are presented as Standard Scores (SS) which are based on an average of 100 and a standard deviation of 15. For interpretation purposes, a SS of above 130 is Extremely High; 120-129 is High; 110-119 is High Average; 90-109 is Average; 80-89 is Low Average; 70-79 is Borderline; and, 69 and below is Extremely Low.

### Composite Score Summary (WISC-V)

| Composite | | Composite Score | Percentile Rank | Qualitative Description |
|---|---|---|---|---|
| Verbal Comprehension | VCI | 121 | 92 | Very High |
| Visual Spatial | VSI | 97 | 42 | Average |
| Fluid Reasoning | FRI | 106 | 66 | Average |
| Working Memory | WMI | 107 | 68 | Average |
| Processing Speed | PSI | 86 | 18 | Low Average |
| **Full Scale IQ** | **FSIQ** | **113** | **81** | **High Average** |
| General Ability | GAI | 116 | 86 | High Average |

Jordan was administered 10 subtests from the Wechsler Intelligence Scale for Children-Fifth Edition (WISC-V). The WISC-V is an individually administered, comprehensive clinical instrument for assessing the intelligence of children ages 6:0-16:11. The FSIQ is derived from seven subtests and summarizes ability across a diverse set of cognitive functions. This score is typically considered the most representative indicator of general intellectual functioning. Subtests are drawn from five areas of cognitive ability: verbal comprehension, visual spatial, fluid reasoning, working memory, and processing speed. Jordan's FSIQ score is in the High Average range when compared to other children his age (FSIQ = 113, PR = 81).

The Verbal Comprehension Index (VCI) measured Jordan's ability to access and apply acquired word knowledge. Specifically, this score reflects his ability to verbalize meaningful concepts, think about verbal information, and express himself using words. Jordan's performance on the VCI was diverse, but overall was strong for his age (VCI = 121, PR = 92, Very High range). High scores in this area indicate a well-developed verbal reasoning system with strong word knowledge acquisition, effective information retrieval, good ability to reason and solve verbal problems, and effective communication of knowledge. His performance on verbal comprehension tasks was particularly strong when compared to his performance on tasks that involved processing and evaluating visual spatial information and using logic to solve problems. Jordan's relative strength on language-based subtests suggests that he may understand information more easily when it is presented in a verbal, rather than visual, format. His performance indicates a relative strength in using verbal stimuli in problem solving compared to visual spatial problem solving. His pattern of performance also implies a strength in crystallized abilities relative to fluid reasoning abilities. Moreover, his performance on verbal comprehension tasks was stronger than his performance on tasks requiring him to mentally manipulate information and work quickly and efficiently. Jordan's processing speed was a relative weakness when compared to verbal comprehension, but does not appear to be interfering with his capacity to perform complex verbal tasks. Jordan's verbal comprehension ability is the strongest of his skill set.

With regard to individual subtests within the VCI, Similarities (SI) required Jordan to describe a similarity between two words that represent a common object or concept and Vocabulary (VC) required him to name depicted objects and/or define words that were read aloud. He exhibited uneven performance across these two subtests. The discrepancy between Jordan's scores on the Similarities and Vocabulary subtests is clinically meaningful. These subtests differ in the specific abilities involved, and consideration of the difference between the two scores informs interpretation of the VCI. Describing similarities between two words was one of Jordan's strongest areas of performance, with scores that were exceptional for his age (SI = 16). However, his performance on Vocabulary was weaker, though still somewhat advanced for his age (VC = 12). This pattern of performance suggests that his abstract reasoning skills are currently stronger than his ability to learn new words and describe them aloud. While his level of word knowledge is currently an area of weakness within the VCI, it may increase through exposure to an enriched environment and participation in vocabulary development activities. This pattern of performance also suggests a relative strength in abstract reasoning and cognitive flexibility compared with lexical knowledge.

The Visual Spatial Index (VSI) measured Jordan's ability to evaluate visual details and understand visual spatial relationships in order to construct geometric designs from a model. This skill requires visual spatial reasoning, integration and synthesis of part-whole relationships, attentiveness to visual detail, and visual-motor integration. During this evaluation, visual spatial processing was one of Jordan's weaknesses, with performance that was similar to other children his age (VSI = 97, PR = 42, Average range).

The VSI is derived from two subtests. During Block Design (BD), Jordan viewed a model and/or picture and used two-colored blocks to re-create the design. Visual Puzzles (VP) required him to view a completed puzzle and select three response options that together would reconstruct the puzzle. Jordan showed inconsistent performance on these tasks. The discrepancy between Jordan's scores on the Block Design and Visual Puzzles subtests is clinically meaningful. These subtests differ in the specific abilities involved, and consideration of the difference between the two scores informs interpretation of the VSI. While he showed high average performance when putting together multicolored blocks to match pictures (BD = 12), he showed greater difficulty on Visual Puzzles, in which he mentally put together puzzle pieces. This was one of his weakest areas of performance relative to his overall ability level (VP = 7). This pattern of scores suggests that procedural learning, trial-and-error problem solving, concrete visual feedback, and/or visual-motor integration facilitate performance on tasks involving visual perceptual and spatial reasoning skills. His performance on visual spatial tasks might be stronger when he can use a hands-on approach to figuring out puzzles rather than manipulating objects in his mind.

The Fluid Reasoning Index (FRI) measured Jordan's ability to detect the underlying conceptual relationship among visual objects and use reasoning to identify and apply rules. Identification and application of conceptual relationships in the FRI requires inductive and quantitative reasoning, broad visual intelligence, simultaneous processing, and abstract thinking. Overall, Jordan's performance on the FRI was typical for his age (FRI = 106, PR = 66, Average range). Jordan's overall performance on the FRI was stronger than performance on tasks that measured processing speed. It appears that he is well able to solve complex problems despite having difficulty on other tasks. While Jordan's fluid reasoning performance during this assessment appeared stronger than some cognitive abilities, it was also weaker than others. His current performance evidenced difficulty with fluid reasoning tasks in relation to his performance on language-based tasks. This pattern of strengths and weaknesses suggests that he may currently experience relative difficulty applying logical reasoning skills to visual information, but he may have relatively strong ability to verbalize meaningful concepts. His crystallized abilities are a strength compared to his fluid reasoning abilities.

The FRI is derived from two subtests: Matrix Reasoning (MR) and Figure Weights (FW). Matrix Reasoning required Jordan to view an incomplete matrix or series and select the response option that completed the matrix or series. On Figure Weights, he viewed a scale with a missing weight(s) and identified the response option that would keep the scale balanced. He performed comparably across both subtests, suggesting that his perceptual organization and quantitative reasoning skills are similarly developed at this time (MR = 10; FW = 12).

The Working Memory Index (WMI) measured Jordan's ability to register, maintain, and manipulate visual and auditory information in conscious awareness, which requires attention and concentration, as well as visual and auditory discrimination. Jordan exhibited diverse performance on the WMI, but his overall performance was similar to other children his age (WMI = 107, PR = 68, Average range). Jordan recalled and sequenced series of pictures and lists of numbers at a level that was average for his age.

Within the WMI, Picture Span (PS) required Jordan to memorize one or more pictures presented on a stimulus page and then identify the correct pictures (in sequential order, if possible) from options on a response page. On Digit Span (DS), he listened to sequences of numbers read aloud and recalled them in the same order, reverse order, and ascending order. Jordan showed uneven performance on these tasks. The discrepancy between Jordan's scores on the Digit Span and Picture Span subtests is clinically meaningful. These subtests differ in the specific abilities involved, and consideration of the difference between the two scores informs interpretation of the WMI. Recalling and sequencing strings of numbers was a strength for Jordan during this evaluation (DS = 14). However, he showed greater difficulty when asked to remember series of rapidly-presented pictures (PS = 8). This pattern of strengths and weaknesses suggests that Jordan best employs working memory when information is presented in an auditory versus visual format. Further, he performs better when a free recall paradigm is used, rather than a recognition paradigm. He might attend more easily to information during interactive tasks, or when information is supplemented by spatial cues. It is also possible that he experienced a lapse in attention or motivation during administration, because material may not be repeated or re-exposed for these tasks.

The Processing Speed Index (PSI) measured Jordan's speed and accuracy of visual identification, decision making, and decision implementation. Performance on the PSI is related to visual scanning, visual discrimination, short-term visual memory, visuomotor coordination, and concentration. The PSI assessed his ability to rapidly identify, register, and implement decisions about visual stimuli. His overall processing speed performance was slightly low for his age and was an area of relative weakness compared to his overall ability (PSI = 86, PR = 18, Low Average range). Low PSI scores may occur for many reasons including visual discrimination problems, distractibility, slowed decision making, motor difficulties, or generally slow cognitive speed.

Jordan Z Milmaster                                                                                          7/27/2009

The PSI is derived from two timed subtests. Symbol Search (SS) required Jordan to scan a group of symbols and indicate if the target symbol was present. On Coding (CD), he used a key to copy symbols that corresponded with simple geometric shapes. Performance across these tasks was similar, suggesting that Jordan's associative memory, graphomotor speed, and visual scanning ability are similarly developed (SS = 8; CD = 7).

## ACHIEVEMENT ASSESSMENT:

Wechsler Individual Achievement Test - Third Edition (WIAT-III)

|  | SS | PR |
|---|---|---|
| Total Reading: | 101 | 53 |
| Basic Reading: | 97 | 42 |
| Early Reading Skills | 101 | 53 |
| Word Reading | 93 | 32 |
| Reading Comprehension | 102 | 55 |
| Pseudoword Decoding | 103 | 58 |
| Oral reading Fluency | 91 | 27 |
| Mathematics: | 113 | 81 |
| Math Problem Solving | 115 | 84 |
| Numerical Operations | 108 | 70 |
| Written Language: | 98 | 45 |
| Spelling | 97 | 42 |
| Sentence Composition | 107 | 68 |
| Alphabet Writing Fluency | 94 | 34 |

*Standard Scores between 85-115 are considered average.

Jordan was administered the Wechsler Individual Achievement Test - Third Edition (WIAT-III) on 6/3/16. The WIAT-III is an individually administered clinical assessment designed to measure achievement in the areas of Reading, Math, and/or Written Language of students who are in grades Pre-Kindergarten through 12. Standard scores demonstrate how well a student performs compared to other students his or her age. Scores from 85-115 are considered to be average scores.

In the area of Reading, Jordan scored within the Average range across all composite and subtest scores (Total Reading Composite = 101; Basic Reading Composite = 97). Jordan scored within the Average range on the Early Reading Skills subtest (standard score = 101), which is administered to children grades PK through 3 and measures letter naming, letter-sound correspondence, phonological awareness, and word reading comprehension. He scored within the Average range on the Reading Comprehension subtest (standard score = 102), which measures untimed reading comprehension of various types of text, including fictional stories, information text, advertisements, and how-to passages. Jordan scored within the Average range on the Word Reading subtest (standard score = 93), which measures the accuracy of word recognition. Jordan scored within the Average range on the Pseudoword Decoding subtest, which measures word decoding ability (standard score = 103). Jordan scored within the Average range on the Oral Reading Fluency subtest (standard score = 92), which measures speed, accuracy, fluency, and prosody of contextualized oral reading.

Jordan scored within the Average range on the Mathematics Composite (standard score = 113). He scored within the Average range on the Math Problem Solving subtest (standard score = 115), which measures untimed math problem-solving skills (basic concepts, everyday applications, geometry, and algebra). Jordan scored within the Average range on the Numerical Operations subtest (standard score = 108), which measures untimed, written math calculations skills.

Jordan scored within the Average range on the Written Expression Composite (standard score = 98). He scored within the Average range on the Spelling subtest (standard score = 97), which measures written spelling of letter sounds and single words. He also scored within the Average range on the Sentence Compostion subtest (standard score = 107) which measures sentence formulation skills and writing syntactic maturity and ability. He scored within the Average range on the Alphabet Writing Fluency subtest (standard score = 94) which is administered to children in grades PK through 3 and measures the ability to write letters of the alphabet within a 30-second time limit. While Jordan has significant handwriting deficits, he is able to spell words and express his ideas on paper when he is able to focus and take his time.

## BEHAVIORAL INFORMATION:

Jordan Z Milmaster                                                                                        7/27/2009

**BASC-3 Composite Score Summary**

| | Special Subjects Teacher | Classroom Teacher | Parent |
|---|---|---|---|
| | T Score/ Percentile Rank Range | T Score/ Percentile Rank Range | T Score/ Percentile Rank Range |
| Externalizing Problems | 55/77 Average | 74/96 Clinically Significant | 72/96 Clinically Significant |
| Internalizing Problems | 52/70 Average | 57/80 Average | 68/94 At-Risk |
| School Problems | 60/82 At-Risk | 69/94 At-Risk | NA |
| Behavioral Symptoms Index | 66/91 At-Risk | 75/97 Average | 75/97 Clinically Significant |
| Adaptive Skills | 29/2 Clinically Significant | 39/16 At-Risk | 40/18 Average |

**BASC-3 Scale Score Summary**

| | Special Subject Teacher | | Classroom Teacher | | Parent | |
|---|---|---|---|---|---|---|
| | T Score | T Score | Percentile Rank | Percentile Rank | T Score | Percentile Rank |
| Hyperactivity | 57 | 78 | 74 | 97 | 71 | 96 |
| Aggression | 56 | 81 | 71 | 94 | 67 | 93 |
| Conduct Problems | 52 | 66 | 70 | 95 | 71 | 96 |
| Anxiety | 59 | 83 | 56 | 78 | 61 | 87 |
| Depression | 53 | 74 | 59 | 85 | 73 | 96 |
| Somatization | 44 | 29 | 51 | 74 | 61 | 86 |
| Attention Problems | 63 | 86 | 69 | 95 | 68 | 95 |
| Learning Problems | 55 | 75 | 66 | 90 | NA | NA |
| Atypicality | 80 | 98 | 74 | 96 | 66 | 92 |
| Withdrawal | 65 | 92 | 68 | 94 | 71 | 96 |
| Adaptability | 32 | 5 | 39 | 16 | 39 | 15 |
| Social Skills | 31 | 3 | 40 | 17 | 45 | 31 |
| Leadership | 31 | 2 | 45 | 32 | 42 | 23 |
| Study Skills | 32 | 4 | 39 | 16 | NA | NA |
| Functional Communication | 35 | 9 | 40 | 19 | 45 | 30 |
| Activities of Daily Living | NA | NA | 74 | 97 | 37 | 12 |

According to behavioral rating scales, Jordan's overall behaviors are within the At-Risk range at school. Jordan's classroom teacher and his mother do report difficulty with externalizing behaviors, including hyperactivity and difficulty following rules. Jordan is often restless and overactive, and he has difficulty controlling his impulses. He has at-risk difficulty with attention problems across environments. In addition, Jordan is described across raters as a child who engages in behaviors that are considered strange and often seems disconnected from his surroundings. He has at-risk difficulty adapting to changing situations, and it takes Jordan longer to recover from difficult situations that others his age. Of notable mention, Jordan's mother reports a clinically significant score on the Depression subscale, indicating that she believes that he often is withdrawn, pessimistic, and/or sad.

The findings of this evaluation do confirm Jordan's current diagnoses of Attention Deficit Hyperactivity Disorder and Tourette Syndrome. Based on the results of standardized testing, Jordan is a bright child with an above average ability level and superior verbal intelligence. Achievement results show at least average learning across domains commensurate his learning ability level, with a strength in math vs. reading.

Evaluation Report                                                                                        Page 7 of 13

**3. IF AN ASSESSMENT IS NOT CONDUCTED UNDER STANDARD CONDITIONS, DESCRIBE THE EXTENT TO WHICH IT VARIED FROM STANDARD CONDITIONS** (including if the assessment was given in the student's native language or other mode of communication):

The assessment was conducted under standard conditions and the results are a valid estimate of his ability and achievement levels.

**4. DETERMINING FACTORS** - A student must not be found to be eligible for special education and related services if the determining factor for the student's disability is any of those listed below. Respond Yes or No to, and provide evidence for, each determining factor below.

☐ Yes   ☑ No   Lack of appropriate instruction in reading, including the essential components of reading instructions. Provide evidence:

Jordan is instructed in Reading by a highly qualified teacher.

☐ Yes   ☑ No   Lack of appropriate instruction in math. Provide evidence:

Jordan is instructed by a highly qualified mathematics teacher.

☐ Yes   ☑ No   Lack English proficiency. Provide evidence:

English is the primary language spoken at home.

---

**NOTE: IF DETERMINING ELIGIBILITY FOR SPECIFIC DISABILITY, COMPLETE THE DETERMINATION OF SPECIFIC LEARNING DISABILITY COMPONENT AT THE END OF THIS DOCUMENT BEFORE COMPLETE SECTIONS 5 and 6.**

---

**Complete Sections 5 and 6 for all students.**

**5. SUMMARY OF FINDINGS/INTERPRETATION OF EVALUATION RESULTS** - Considering all available evaluation data, record the team's analyses of the student's functioning levels.

A. **PRESENT LEVELS OF ACADEMIC ACHIEVEMENT** - Describe the student's present levels, strengths, and the resulting academic needs, when appropriate. Include communicative status, motor abilities, and transition needs as appropriate. For students with limited English proficiency (LEP), include current level(s) of English language proficiency in reading, writing, speaking and understanding/listening:

Jordan struggles more with reading than with math. He has difficulty reading and will often not choose to read even when books are at his reading level. Jordan is able to sufficiently answer questions or writing assignments but often needs a teacher to transcribe his words for him. His thoughts are complete but the process of physically writing is very difficult for Jordan and when asked to write on his own, he will often do the very minimal. At times, he cannot recall or read what he has written. Jordan struggles with handwriting. His letters are often hard to read. He has a difficult time with small motor skills, Jordan is below average in spelling when compared to his peers. He does not seem to have a firm grasp of spelling rules, but he has made improvements in this since the implementation of oral spelling tests. He is given phonics-based, 10 word spelling tests weekly.

Jordan performs at an average level when compared to his peers in math.

Jordan enjoys science and is very interested in science topics such as animals and earth history.

B. **PRESENT LEVELS OF FUNCTIONAL PERFORMANCE** - Describe the student's present levels, strengths, and the resulting functional and developmental needs, when appropriate:
Jordan's functional performance is within expectation for his age and grade.

C. **BEHAVIORAL INFORMATION** - Include social and emotional status and behavioral strengths and needs, when appropriate:

Jordan's behavior strengths lie in his kind disposition, openness to working with other students, and desire to make friends. His behavioral difficulties include body control, focus, independence, the use of appropriate language, touching others, and difficulty with attention during lessons.

**BASC-3 Summary**

According to behavioral rating scales, Jordan's overall behaviors are within the At-Risk range at school. Jordan's classroom teacher and his mother do report difficulty with externalizing behaviors, including hyperactivity and difficulty following rules. Jordan is often restless and overactive, and he has difficulty controlling his impulses. He has at-risk difficulty with attention problems across environments. In addition, Jordan is described across raters as a child who engages in behaviors that are considered strange and often seems disconnected from his surroundings. He has at-risk difficulty adapting to changing situations, and it takes Jordan longer to recover from difficult situations that others his age. Of notable mention, Jordan's mother reports a clinically significant score on the Depression subscale, indicating that she believes that he often is withdrawn, pessimistic, and/or sad.

The findings of this evaluation do confirm Jordan's current diagnoses of Attention Deficit Hyperactivity Disorder and Tourette Syndrome. Based on the results of standardized testing, Jordan is a bright child with an above average ability level and superior verbal intelligence. Achievement results show at least average learning across domains commensurate his learning ability level, with a strength in math vs. reading.

According to the social and emotional assessment, Jordan's overall behavioral performance is within the at-risk range. Jordan is observed to be quite impulsive in the classroom. He has difficulty maintaining his focused attention during large group activities and individual work times. His family is committed to seeking and finding the most appropriate therapeutic supports, as he was recently diagnosed with Tourette Syndrome and ADHD. Jordan's educational team also recently began a 504 accommodations plan, to accommodate for his individual learning needs. With these supports in place for just a few weeks, Jordan has made positive improvements in his academic performance (i.e. grades).

**6. CONCLUSIONS** - Determination of Eligibility and Educational Needs
Complete A or B or C.

A. ☑ The student does not have a disability and therefore is NOT ELIGIBLE for special education.
   OR

B. ☐ The student has a disability but does not need specially designed instruction, and therefore is NOT ELIGIBLE for special education.
   OR

C. ☐ The student has a disability AND is in need of specially designed instruction, and therefore IS ELIGIBLE for special education.

   1. Disability Category
      Primary disability category: _____

      Secondary disability category(s), if any: _____

   2. Recommendations for consideration by the IEP team to enable the student to participate as appropriate in the general education curriculum (including special considerations the IEP team must consider before developing the IEP, measurable annual goals, specially designed instruction, and supplementary aids and services):
      Based on the results of this evaluation, Jordan does not meet the educational criteria as a student with a disability. He should continue to receive accommodations via a 504 plan. In addition, the team should consider recommendations made by his mental health team and recent neuropsychological evaluation. The team should consider an occupational therapy screening, as well as a speech and language screening early next school year and add supports as needed to his 504 plan. Finally, Jordan should continue to receive individualized interventions based upon mutually agreed upon goals via the MTSS team. These supports will assist in continued academic success.

      ☒

Jordan Z Milmaster                                                                              7/27/2009

| Evaluation Team Participation | | Agreement and Disagreement required ONLY when evaluating students for specific learning disability. | |
|---|---|---|---|
| Evaluation Team Participants* | Title | Agree | Disagree** |
| *Elyse Thimens* <br> Elyse Thimens | Teacher | ☐ | ☐ |
| *Mark Milmaster* <br> MARK MILMASTER | Father | ☐ | ☐ |
| <br> Jennifer Salzmann | Teacher | ☐ | ☐ |
| *Cherise Mann* <br> Cherise Mann | Social Worker | ☐ | ☐ |
| *Kellie Meyer* <br> Kellie Meyer | Principal | ☑ | ☐ |
| *Erin E Kotyk* <br> Erin Kotyk | School Psychologist | ☐ | ☐ |
| *Joy Braunstein* <br> Joy Braunstein | Mother | ☐ | ☐ |
| | | ☐ | ☐ |
| | | ☐ | ☐ |
| | | ☐ | ☐ |
| | | ☐ | ☐ |
| | | ☐ | ☐ |
| | | ☐ | ☐ |

* A certified school psychologist is required for evaluation of the following disability categories: Autism, Emotional Disturbance, Intellectual Disability, Multiple Disabilities, Other Health Impairments, Specific Learning Disability or Traumatic Brain Injury. A certified school psychologist is not required for Deaf-blindness, Deaf and Hard of Hearing, Speech/Language Impairment, Visual Impairment, and Orthopedic Impairment.

** For specific learning disability only, if a team member disagrees with the team's conclusion related to the identification of the student as having a specific learning disability, the member must submit a separate statement presenting the member's dissent to the LEA. This information must be attached to the Evaluation Report. Please submit this statement to:

Kellie Meyer                                          412-529-2010
LEA Representative Name                       Phone Number
kmeyer1@pghboe.net
Email Address

A copy of the Procedural Safeguards Notice is available upon request from your child's school. This document explains your rights, and includes state and local advocacy organizations that are available to help you understand your rights and how the special education process works.

For help in understanding this form, an annotated Evaluation Report is available on the PaTTAN website at www.pattan.net Type "Annotated Forms" in the Search feature on the website. If you do not have access to the Internet, you can request the annotated form by calling PaTTAN at 800-441-3215.

Evaluation Report                                                                              Page 10 of 13

Jordan Z Milmaster                                                                                    7/27/2009

# DETERMINATION OF SPECIFIC LEARNING DISABILITY

**NOTE: This component must be completed when determining eligibility for Specific Learning Disability. The information must be attached to and/or incorporated into Sections 5 and 6 of the completed Evaluation Report.**

**Provide documentation for items 1-10.**

1. The student does not achieve adequately for the student's age or does not meet State-approved grade-level standards in one or more of the following areas when provided with learning experiences and scientifically based instruction appropriate for the student's age or State-approved grade level standards and level of English language proficiency: oral expression, listening comprehension, written expression, basic reading skill, reading fluency skills, reading comprehension, mathematics calculation, and mathematics problem-solving.

   On an individual test of academic achievement, Jordan demonstrates a strength in the area of mathematics (WIAT-III Mathematics Composite = 113; Math Problem Solving = 115; Numerical Operations = 108). While he demonstrates difficulty in the area of reading, Jordan's scores are within the Average range and within expectations for his age and grade (WIAT-III Total Reading Composite = 101; Basic Reading Composite = 97). While Jordan appears to have a weakness in the area of basic reading skills and oral reading fluency, evaluation results show that his achievement in this area is within the average range as well as within expectation for a student with his ability level. Specific regular education interventions will assist Jordan in continuing his reading goals.

2. Check below to identify the process(es) used to determine eligibility.

   ☐ Response to Scientific Research-Based Intervention (RtI). Document the criteria below.

   The student does not make sufficient progress to meet age or State-approved grade-level standards in one or more of these areas: oral expression, listening comprehension, written expression, basic reading skill, reading fluency skills, reading comprehension, mathematics calculation, and mathematics problem-solving:

   ☑ Severe Discrepancy between Intellectual Ability and Achievement. Document the criteria below.

   The student exhibits a pattern of strengths and weaknesses in performance, achievement or both relative to age, standards or intellectual development:

   Based on the results of standardized testing, Jordan is a bright child with an above average ability level and superior verbal intelligence. Achievement results show at least average learning across domains commensurate his learning ability level, with a strength in math vs. reading.

   Based on the results of this evaluation, Jordan does not meet the educational criteria as a student with a disability.

3. The instructional strategies used and the student-centered data collected:

   Jordan has made progress in his nonsense word fluency: whole words read moving from basic to proficient but remains at the basic level in correct letter sounds and at the below basic level in oral reading fluency.

   Jordan has made progress with his spelling tests this semester by being given oral spelling tests. He has moved from a 67% during the third semester to a 78% this semester.

   Jordan attends RTI four days a week and is in the Word Building group. He receives small group and individualized instruction in the classroom. Instructions are chunked into smaller pieces for him and he is often asked to repeat them orally to a teacher before moving ahead. Long writing assignments are transcribed by a teacher while Jordan dictates his thoughts.

4. The educationally relevant medical findings, if any:

   Jordan has a diagnosis of ADHD and Tourette Syndrome.

5. The effects of the student's environment, culture, or economic background:

   None known.

6. Data demonstrating that prior to referral or as part of the referral process for a specific learning disability, the student's regular education instruction was delivered by qualified personnel, including the English as a Second Language (ESL) program, if applicable:

Jordan Z Milmaster                                                                                        7/27/2009

Prior to this referral, Jordan's instruction was provided by a highly qualified teacher.

7. Data based documentation of repeated assessments of achievement at reasonable intervals, reflecting progress during instruction, which was provided to the parents:

Jordan's teacher shares information regularly via face to face meetings, phone calls, and emails.   Progress is shared via quarterly report cards.

8. An observation in the student's learning environment (including the regular classroom setting) to document the student's academic performance and behavior in the areas of difficulty. Note the relationship of that behavior to the student's academic functioning:

Jordan was observed during large group instruction in his classroom while the class was listening to a chapter book. Jordan was observed to lay down on the carpet by another child while listening to the story. When the teacher stopped reading to address a behavioral concern of another student, Jordan began making snoring noises. Once she began talking/reading again, Jordan was again quiet. He was observed to roll around on the carpet and pick his nose in a perseverative manner. He then rolled over and looked away from his teacher. Jordan was not observed to visually attend to, nor participate in the discussion regarding the chapters read. When his teacher asked him to sit up, he complied immediately, although quickly returned to his laying down position. When the teacher asked for volunteers to share about their weekend, Jordan did not raise his hand. Instead, he continued to roll around on the floor and rub his eyes. He was given another prompt to sit up, and he again complied immediately. He was observed to stare out the window while the teacher read, but was able to correctly answer a question about the chapter when his teacher asked. When the class transitioned to learning rounds, Jordan was observed to take a long amount of time getting his materials ready. He returned to the classroom with an ipad, but instead of beginning his work, Jordan went to talk to his teacher about his new shoes. He was observed to sit and begin his work before many others (i.e. he made a quick transition). While listening to a story on the ipad, Jordan was observed to attend appropriately.

He was then observed on another day during a special activity (move-up day). The class was participating in a very active group activity of developing marble tracks out of pool noodles. Jordan actively participated in the group learning activity. While he did appear to be constantly moving, he was observed to talk to the others in his group, share materials, and wait his turn to send a marble down their track. He followed instructions to clean up materials and then followed instructions to watch the other group's presentations. He was on task for the entire observation. When the classroom was involved in a major transition (one grade level leaving the room and another reentering) Jordan was observed to jump in the air and land harshly on the ground repeatedly, while making noises as he fell (as if he were falling from the sky). When the class reconvened, he needed redirection to sit instead of lay on the ground.

Jordan was also observed throughout multiple testing sessions. He transitioned easily and answered conversation questions using very brief answers. He initially was quite shy and did not reciprocate when attempts were made to engage in conversation. He engaged in minimal eye contact. However, once rapport was established, Jordan engaged in conversation, eye contact, and interacted appropriately. During the initial testing session, Jordan was observed to engage in possible, mild tic behaviors during the evaluation, including two occasions of clearing his throat and one occasion of blowing air quickly out of his nose. During the second session, however, more notable behaviors were seen. Specifically, Jordan was observed to bite his t-shirt and repeatedly engage in a vocal/nasal tic. No other impulsive behaviors were observed during the testing sessions, and these observed behaviors did not appear to impede his participation in testing. Jordan's attention to task, compliance, and motivation to complete tasks to the best of his ability were more than adequate for testing purposes. The testing was conducted under standard conditions and the results are considered to be valid estimates of his current levels of aptitude and achievement.

9. Other data, if needed, as determined by the evaluation team:

None at this time.

10. Include a statement for each item below to support the conclusions of the evaluation team that the findings are not primarily a result of Visual, hearing, motor disability:

Jordan does not have a visual, hearing, or motor disability.

Intellectual Disability:

Jordan does not have an intellectual disability.

Evaluation Report                                                                                    Page 12 of 13

Jordan Z Milmaster                                                                          7/27/2009

Emotional disturbance:
Jordan does not have an emotional disturbance.

Cultural factors:
None known.

Environmental or economic disadvantage:
None known.

Limited English proficiency:
Jordan speaks English across environments.

---

Upon completion of the SLD Component, attach and/or incorporate this information into Section 5 and 6 of the completed *Evaluation Report*.

# ATTACHMENT D

# CITY OF PITTSBURGH BUREAU OF POLICE
## INVESTIGATIVE REPORT

| | | |
|---|---|---|
| YEAR **16** | CCR# **177259** | |
| PAGE **1** | OF **2** | |

## OFFENSE

OFFENSE / INCIDENT TITLE AND SECTION NUMBER
2709(a)(1) Harassment by Physical Contact, or Attempts or Threats

**UCR CODES**

**FILE CODE**

| UCR STATUS: | |
|---|---|
| [X] NOT CLEARED (00) | [ ] EXCEPTIONALLY CLEARED (03) | [ ] ADULT ARREST (05) | [ ] INVESTIGATION TO CONTINUE | [X] REFERRED TO MAGISTRATE |
| [ ] UNFOUNDED (02) | | [ ] JUVENILE ARREST (051) | | [ ] P.O. TO OBTAIN WARRANT |

| DATE / TIME OCCURRED FROM | DATE / TIME OCCURRED TO | DATE / TIME REPORTED |
|---|---|---|
| 09/02/2016  1550 Hrs. | 09/02/2016  1600 Hrs. | 09/19/2016  0900 Hrs. |

| REPORTING OFFICER / PERSON(S) AND I.D. NUMBER(S) | ZONE / DIVISION | VEHICLE / ASSIGNMENT |
|---|---|---|
| Parker , Marlon  1059 | 5 | 3978 |

| LOCATION OF OCCURRENCE (INCLUDE APT. # OR BUILDING NAME, IF APPLICABLE) | CENSUS | ZONE |
|---|---|---|
| 201 S Graham St  Pittsburgh Montessori Prek-8  Pittsburgh, PA 15206 | 2703 | 5 |

| POINT OF ENTRY OR ATTEMPT | FORCED? [ ] YES  [X] NO | POINT OF EXIT | MEANS OF ESCAPE / DIRECTION OF FLIGHT |
|---|---|---|---|
| | | | |

| DESCRIBE ANY UNIQUE M.O. | LIST OF EVIDENCE AT SCENE (PRINTS, PRY MARKS, ETC.) |
|---|---|
| | |

| NAME OF DETECTIVE NOTIFIED | SQUAD | DATE AND TIME NOTIFIED | SCENE PROCESSED? [ ] YES  [X] NO |
|---|---|---|---|
| | | | |

| WAS INCIDENT GANG RELATED | [ ] YES | [X] NO | [ ] POSSIBLY | [ ] CAN'T DETERMINE |
|---|---|---|---|---|

## VICTIM # 1

| NAME OF VICTIM (Last, First M.I.) (FIRM NAME IF BUSINESS) | SEX | RACE | D.O.B. | AGE | MARITAL STATUS |
|---|---|---|---|---|---|
| Milmaster, Jordan Z. | M | White | 7/27/2009 | 7 | |

| ADDRESS OF VICTIM (INCLUDE APT. # OR BUILDING NAME, IF APPLICABLE) | PHONE NUMBER | OTHER PHONE |
|---|---|---|
| 6326 Burchfield Ave  Pittsburgh, PA 15217 | (412) 983-1762 | |

| NAME OF EMPLOYER | OCCUPATION | BUSINESS PHONE |
|---|---|---|
| | | |

| BUSINESS ROBBED | | |
|---|---|---|

| INJURED? [ ] YES  [X] NO | NATURE OF INJURIES | HOSPITAL | CONDITION | INDICATION OF: [ ] DRUGS  [ ] ALCOHOL  [ ] N/A |
|---|---|---|---|---|

## ADDITIONAL PERSON(S)

| CODE AND LIST ANY ADDITIONAL PERSONS: | W - WITNESS | RP - REPORTING PERSON | O - OWNER | P - PARENT / GUARDIAN |
|---|---|---|---|---|

| CODE | NAME (Last, First M.I.) | AGE | SEX | RACE | D.O.B. | PHONE NUMBER | OTHER NUMBER |
|---|---|---|---|---|---|---|---|
| RP | Milmaster, Mark | | M | White | | (412) 983-1762 | |

| ADDRESS: | 6326 Burchfield Ave  Pittsburgh, PA 15217 |
|---|---|

## NO WEAPONS
## NO INCIDENT VEHICLES
## SUSPECT # 1

| NAME OF SUSPECT (IF KNOWN) (Last, First M.I.) | SEX | RACE | AGE | PHONE NUMBER | OTHER PHONE |
|---|---|---|---|---|---|
| Christian, Paula | F | Black | | (412) 252-5345 | |

| ADDRESS OF SUSPECT (IF KNOWN) | HEIGHT | WEIGHT | BUILD |
|---|---|---|---|
| 6637 Rosemoor St  Pittsburgh, PA 15217 | | | |

| HAIR COLOR | HAIR LENGTH | HAIR STYLE | FACIAL HAIR | EYE COLOR | COMPLEXION | SPEECH |
|---|---|---|---|---|---|---|
| | | | | | | |

| TEETH | HAND USE | GLASSES? [ ] YES  [ ] NO | GANG AFFILIATION | INDICATION OF: [ ] DRUGS  [ ] ALCOHOL  [ ] N/A |
|---|---|---|---|---|

| AKA / NICKNAME(S) | |
|---|---|

| SCARS / MARKS / TATTOOS | |
|---|---|

| CLOTHING DESCRIPTION | RELATIONSHIP TO VICTIM [ ] RELATIVE  [X] KNOWN  [ ] UNKNOWN |
|---|---|

## NO ARRESTS
## NO PROPERTY
## NARRATIVE

I HAVE RECEIVED / SENT COPY OF THE VICTIM'S NOTIFICATION FORM.

SIGNATURE

| SUPERVISOR'S SIGNATURE / I.D. NUMBER: | Chief George P. Brown Jr.  3455 | DATE: 09/19/2016 |
|---|---|---|



| | CITY OF PITTSBURGH BUREAU OF POLICE | YEAR | CCR# |
|---|---|---|---|
| | INVESTIGATIVE REPORT | 16 | 177259 |
| | | PAGE  2  OF  2 | |

| REPORTING OFFICER / PERSON(S) AND I.D. NUMBER(S) | ZONE / DIVISION | VEHICLE / ASSIGNMENT |
|---|---|---|
| Parker , Marion 1059 | 5 | 3978 |

**NARRATIVE**

Please refer to PPS# [16-001544] when contacting the Pittsburgh School District Police.

On 9/6/2016 at at 1034 hours I, Officer Parker responded to Pittsburgh Montessori regarding a possible Harassament report.  Upon my arrival I was informed that the Principal would be out of the building for the next two days.

Ms. Myers, the school Principal informed me that the Parent of Jordan Milmaster, Mr. Mark Milmaster approached her on 9/2/2016 and informed her that while the students were being dismissed from school on 9/2/2016 Jordan approached his dad and said "what's wrong with that lady" telling his dad that an adult parent shoved him. .

Mr. Milmaster and Ms. Myers spoke regarding the allegation, and the Principal began conducting an investigation, and contacted Pittsburgh School Police.  Ms. Myers spoke with the staff, and teacher that were in the area and no one reported seeing any violation.  Also the staff informed the Principal that Jordan never approached them to inform them regarding any parent approaching him.

I spoke with Mr. Milmaster who wanted to make a report of the incident, he was given the CCR # and referred to the Magistrate.



| CITY OF PITTSBURGH BUREAU OF POLICE | | YEAR | CCR# |
| :---: | --- | :---: | :---: |
| OFFENSE / INCIDENT REPORT | | 18 | 177259 |
| | | PAGE   1   OF   1 | |

**OFFENSE / INCIDENT**

OFFENSE / INCIDENT TITLE AND SECTION NUMBER
2709(a)(1) Harassment by Physical Contact, or Attempts or Threats

| DATE / TIME OCCURRED FROM | DATE / TIME OCCURRED TO | DATE / TIME REPORTED |
| --- | --- | --- |
| 09/02/2016          1550 Hrs. | 09/02/2016          1600 Hrs. | 09/19/2016          0900 Hrs. |

| LOCATION OF OCCURRENCE (INCLUDE APT. # OR BUILDING NAME, IF APPLICABLE) | CENSUS | ZONE |
| --- | --- | --- |
| 201 S Graham St  Pittsburgh Montessori Prek-8  Pittsburgh, PA 15206 | 2703 | 5 |

| REPORTING OFFICER / PERSON(S) AND I.D. NUMBER(S) | ZONE / DIVISION | VEHICLE / ASSIGNMENT |
| --- | --- | --- |
| Parker , Marlon  1059 | 5 | 3978 |

**NO ARRESTEE INFORMATION**

**NARRATIVE**

Referred to the Magistrate.

| SUPERVISOR REVIEW | DATE: |
| --- | --- |
| Reviewed and Accepted by    Chief George P. Brown Jr.  3455 | 09/19/2016 |

| PDF Generated Date:      11/9/2018  9:42:46 | APRS - PBP Offsense/Incident Rev. 06/13/2013 |

# ATTACHMENT E

## School District of Pittsburgh

### Section 504 Plan/Chapter 15 Service Agreement

**Student Name: Jordan Milmaster**          **Date of Birth: 7/27/09**

**Date Services Begin: 10/24/16**          **Parent/Guardian: Mark Milmaster & Joy Braunstein**

**Date Services End: 10/24/17**          **Address:      6326 Burchfield Ave.**

**Phone: 724-554-4157**                          **Pittsburgh Pa. 15217**

**Initial Agreement: 4/29/16**          **Modified Agreement: 10/24/16**

**Student's Disability and Diagnosis (list all):** ADHD & Tourette's Syndrome

**The aids, services and/or accommodations are as follows:**

Instructional:

- Periodic check for focus
- Provide directives in a clear and concise manner and check for understanding allowing Jordan to explain a strategy for completing the task– if student is experiencing a tic during directives teachers will repeat directive
- Directives will be chunked into one step at a time
- Non-verbal and verbal redirection for focus
- Provide three minutes for Jordan to transition to a new task once directive has been given and has been checked for understanding before providing additional prompts
- Whenever possible, alternate non preferred tasks with preferred tasks
- Option of extended time on assignments and class work when necessary
- Option for reduced classwork/homework when appropriate
- Assignments will be reviewed with Jordan and teacher will check for understanding
- Homework will be chunked when appropriate
- Lengthy writing assignments may be scribed when appropriate
- Routines and procedures will be regularly reviewed with Jordan in order to lessen stress

Environmental/Accessibility:

- Preferential seating near instruction and away from distractions when possible
- During transitions, Jordan should be first in line close to a staff member, when possible

Behavioral/Social:

- Allow for time with a peer buddy or mentor when appropriate
- Allow for movement breaks when appropriate
- Jordan will not be redirected for tics – tics will be ignored unless they are inappropriate in nature, in which case a distracting task and/or note to the counselor will be provided

Assessment/Testing:

- Option of small group testing when necessary.

Revised:  August 15, 2014



- Option of extended time on assessments when necessary.
- A quiet space will be provided for Jordan to complete assessments.  When possible a 1-1 environment with staff will be provided for assessments.
- When appropriate assessments will be chunked
- Jordan will be given one page of an assessment at a time when possible
- Spelling tests should be given orally
- Writing assessments will be scribed when necessary
- Adults/staff may assist Jordan in reading assessments, including blocking parts of the page when appropriate.

(Please complete chart of aids, services and/or accommodations and person responsible on next page)

**Revised:  August 15, 2014**

| Aids, Services, and/or Accommodation(s) | Person Responsible |
|---|---|
| **Instructional:**<br>• Periodic check for focus<br>• Provide directives in a clear and concise manner and check for understanding allowing Jordan to explain a strategy for completing the task– if student is experiencing a tic during directives teachers will repeat directive<br>• Directives will be chunked into one step at a time<br>• Non-verbal and verbal redirection for focus<br>• Provide three minutes for Jordan to transition to a new task once directive has been given and has been checked for understanding before providing additional prompts<br>• Whenever possible, alternate non preferred tasks with preferred tasks<br>• Option of extended time on assignments and class work when necessary<br>• Option for reduced classwork/homework when appropriate<br>• Assignments will be reviewed with Jordan and teacher will check for understanding<br>• Homework will be chunked when appropriate<br>• Lengthy writing assignments may be scribed when appropriate<br>• Routines and procedures will be regularly reviewed with Jordan in order to lessen stress | School Staff & Parents |
| **Environmental/Accessibility:**<br>• Preferential seating near instruction and away from distractions when possible<br>• During transitions, Jordan should be first in line close to a staff member, when possible | School Staff |
| **Behavioral/Social:**<br>• Allow for time with a peer buddy or mentor when appropriate<br>• Allow for movement breaks when appropriate<br>• Jordan will not be redirected for tics – tics will be ignored unless they are inappropriate in nature, in which case a distracting task and/or note to the counselor will be provided | School Staff |
| **Assessment/Testing:**<br>• Option of small group testing when necessary.<br>• Option of extended time on assessments when necessary.<br>• A quiet space will be provided for Jordan to complete assessments. When possible a 1-1 environment with staff will be provided for assessments.<br>• When appropriate assessments will be chunked<br>• Jordan will be given one page of an assessment at a time when possible<br>• Spelling tests should be given orally | School Staff |

**Revised: August 15, 2014**

| | | |
|---|---|---|
| • Writing assessments will be scribed when necessary<br>• Adults/staff may assist Jordan in reading assessments, including blocking parts of the page when appropriate. | | |

**Parent Input (attach additional pages if needed):** Parents had an external and PPS evaluations in the May and June respectively. These additions are based on the recommendations in those evaluations which included parental input.

**Crisis Plan (Procedures to be followed in the event of a medical or mental health emergency):** In the event of an emergency or crisis call Jordan's parents. If necessary utilize RESOLVE via administration or school counselor. If there is a medical emergency school staff will contact 911 then the parents.

The attached *Procedural Safeguards Notice* outlines your rights to resolve any disputes that you may have concerning the recommended aids, services and/or accommodations. If you have any questions concerning your rights or the aids, services and/or accommodations recommended, please feel free to contact your school's Section 504/Chapter 15 Building Designee.

Participants – the individuals whose signatures appear below developed the accommodation plan:

| Print Name | Title | Signature |
|---|---|---|
| Ryan Lokay | School Counselor | |
| Kellie Meyer | School Principal | |
| | Parent/Guardian | |
| | Parent/Guardian | |
| | | |
| | | |

**DIRECTIONS:** Please check one of the options and sign this form.

☑ I agree and give permission to proceed as recommended.

☐ I do not agree and do not give permission to proceed as recommended

☐ I would like to schedule an informal conference to discuss my concerns.

My reason for disapproval is: _____

**Revised: August 15, 2014**

I have received a copy of the *Procedural Safeguards Notice*.

_____          72/20/16
Parent or Guardian Signature                 Date

Revised:  August 15, 2014