IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| J.M., by and through his parent and natural guardian, Joy Braunstein, ) ) ) | |
| Plaintiff, ) ) | Case No. 2:17-cv-00997 |
| vs. ) ) | Judge Lisa Pupo Lenihan |
| PITTSBURGH PUBLIC SCHOOL DISTRICT, ) ) ) | |
| Defendant. ) | |

## **JUDGMENT**

**IT IS ORDERED** this 10th day of March, 2020, that judgment is entered on behalf of the Defendant, Pittsburgh Public School District and against the Plaintiff, J.M. The Clerk of Court is directed to mark this case as **CLOSED**.

s/Lisa Pupo Lenihan<br>
Lisa Pupo Lenihan<br>
United States Magistrate Judge

cc:   Counsel of Record